**FILED**
FEB 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 8124 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Dolores SANCHEZ-Carrasco | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about February 08, 2008, within the Southern District of California, defendant Dolores SANCHEZ-Carrasco did knowingly and intentionally import approximately 36.08 kilograms (79.38 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_Hugo A. Leon_
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 11th DAY OF FEBRUARY, 2008.

_Peter C. Lewis_
U.S. Magistrate Judge

UNITED STATES OF AMERICA
v.
Dolores SANCHEZ-Carrasco

STATEMENT OF PROBABLE CAUSE

I, Timothy L. Henderson, declare under penalty of perjury that the following statement of probable cause is true to the best of my knowledge.

On February 08, 2008, Dolores SANCHEZ-Carrasco made entry into the United States from Mexico through the Calexico, California East Port of Entry. SANCHEZ was the driver of a Honda passenger.

A Customs and Border Protection (CBP) officer received a negative Customs declaration from SANCHEZ. SANCHEZ was referred to secondary for further inspection.

Once in secondary, a search of the Honda resulted in the discovery of cellophane wrapped packages hidden within. A CBP officer probed a package and found a green leafy substance. A sample of the substance field-tested positive for marijuana. The 51 packages recovered had a combined weight of about 36.08 kilograms.

Special Agent (S/A) Timothy Henderson responded to the port. S/A Henderson began the interview with SANCHEZ at about 15:35 hours. CBPO E. Gomez advised SANCHEZ of her rights per Miranda, in Spanish. SANCHEZ orally waived her rights, as well as signing the written waiver of rights, agreeing to make a statement.

SANCHEZ stated that she was hired to drive the Honda to Calexico, California. SANCHEZ knew that the vehicle would contain marijuana. SANCHEZ stated that she was to be paid for this venture.

Executed on 02/08/2008 at 17:25 hours.

*[signature]*

Timothy L. Henderson, Special Agent

U.S. Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of three (3) pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on February 08, 2008, in violation of Title 21 United States Code, Section(s) 952 & 960

*[signature]* Date 2/9/08

United States Magistrate Judge    5:45 pm