AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| DOLORES SANCHEZ-CARRASCO | CASE NUMBER: 08CR531-JLS |

I, <u>DOLORES SANCHEZ-CARRASCO</u>, the above named defendant, who is accused of committing the following offense:

> Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on <u>2-26-02</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Dolores Sanchez C.
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer



FILED

FEB 2 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY